IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL ABENTH,

    Plaintiff,                        No. 2:11-cv-0391 MCE EFB P

  vs.

TERRI WEINHOLDT, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 12, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 25) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2012, are ADOPTED IN FULL;

2. Defendants' November 28, 2011, motion to dismiss (ECF No. 18) is GRANTED, and this action shall proceed solely on the Eighth Amendment claim against Defendant Grewal unless Plaintiff corrects the deficiencies identified in the magistrate judge's findings and recommendations in an amended complaint; and

3. Plaintiff is granted leave to file an amended complaint as provided in the magistrate judge's findings and recommendations, no later than 21 days from the date of this order.

Dated: September 24, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE