Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Kristina Doan Gruenberg (SBN 268188)
Email: kgruenberg@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
DR. GREWAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL ABENTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TERRI WEINHOLDT, et al.,<br><br>　　　　　Defendants. | Case No. 2:11-CV-0391 MCE EFB<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br><br>[PROPOSED]<br><br>Magistrate Judge:　Hon. Edmund F. Brennan |

The Court hereby grants the parties' Joint Stipulation for an order extending the deadline in which to file dispositive motions up to and including May 13, 2013.

IT IS SO ORDERED.

Dated: March 20, 2013.

　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4847-6535-1443 v1

2:11-CV-00391-EFB
[PROPOSED] ORDER